A separate order will enter accordingly.

GEORGETOWN STEEL COMPANY, LLC ET AL., Plaintiffs, v. UNITED STATES, Defendant.

Court No. 02–00739

### *AMENDED JUDGMENT*

AQUILINO, Senior Judge: The court having entered judgment dismissing this action pursuant to its slip opinion 05–43, 29 CIT 373 (April 1, 2005); and the plaintiffs having interposed a motion for rehearing; and the court having granted that motion to the extent of vacation of the judgment of dismissal herein pending entry of final judgment in Court No. 01– 00955, a related action then *sub nom. Co-Steel Raritan, Inc. et al. v. U.S. Int'l Trade Comm'n* ; and the court in conjunction with the grant of plaintiffs' motion having issued slip opinions 07–7, 31 CIT ___ (Jan. 17, 2007), and 07–165, 31 CIT ___ (Nov. 8, 2007), remanding that related matter to the defendant International Trade Commission; and that defendant having filed the results of that remand, which have been affirmed by the court

---

[11] The Government goes so far as to assert that, with BOTN represented by counsel, "it would have been inappropriate for Commerce to mail the Final Scope Determination directly to BOTN." *See* Def.'s Reply Brief at 4 (*citing* 19 C.F.R. §§ 351.103(d)(1)–(2)). In light of the holding here, there is no need to reach that argument.

pursuant to its slip opinion 08–130, 32 CIT ___ (Nov. 25, 2008), *sub nom. Gerdau Ameristeel U.S. Inc. et al. v. U.S. Int'l Trade Comm'n*; and the intervenor-defendant Saarstahl AG in the above–encaptioned action having now interposed a motion for summary judgment pursuant to the court's slip opinion 05–43 herein and the final judgment of affirmance entered in Court No. 01–00955 pursuant to slip opinion 08–130; and neither the plaintiffs nor the defendant or other intervenor-defendants having interposed any opposition to that motion; Now therefore, after due deliberation, it is

ORDERED that the motion of intervenor-defendant Saarstahl AG for summary judgment be, and it hereby is, granted; and it is further

ORDERED, ADJUDGED and DECREED that the judgment of dismissal of this action on April 1, 2005 be, and it hereby is, reinstated.